```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 03769
    PHILLIP R MARSHALL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-0045

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 02/04/2005 and was confirmed 04/07/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  10.00%.

       The case was dismissed after confirmation 05/23/2008.
--------------------------------------------------------------------------------
    CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
    CITY OF CHICAGO PARKING    UNSECURED         2180.00           .00             .00
    HOUSEHOLD BANK             UNSECURED        NOT FILED          .00             .00
    INTERNAL REVENUE SERVICE   PRIORITY          8877.85           .00         7178.43
    INTERNAL REVENUE SERVICE   UNSECURED         4603.78           .00             .00
    INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED          .00             .00
    OUR LADY OF RESURRECTION   UNSECURED        12218.15           .00             .00
    AT & T BANKRUPCTY          FILED LATE         246.41           .00             .00
    CITY OF CHICAGO            NOTICE ONLY      NOT FILED          .00             .00
    TCF NATIONAL BANK          UNSECURED        NOT FILED          .00             .00
    INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED          .00             .00
    INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED          .00             .00
    INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED          .00             .00
    INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED          .00             .00
    CAPITAL ONE AUTO FINANCE   UNSECURED        11062.97           .00             .00
    TIMOTHY K LIOU             FILED LATE            .00           .00             .00
    MELVIN J KAPLAN            DEBTOR ATTY      2,700.00                       2,700.00
    TOM VAUGHN                 TRUSTEE                                           584.57
    DEBTOR REFUND              REFUND                                            291.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
    TRUSTEE              10,754.00

    PRIORITY                                      7,178.43
    SECURED                                            .00
    UNSECURED                                          .00
    ADMINISTRATIVE                                 2,700.00
    TRUSTEE COMPENSATION                             584.57
    DEBTOR REFUND                                    291.00
                        ---------------    ---------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 03769 PHILLIP R MARSHALL
```

```
TOTALS                              10,754.00           10,754.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 08/26/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```